UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | No. 03:13-cr-00055-2 |
|  | ) | Hon. Aleta Trauger |
| BENJAMIN MARTINEZ | ) |  |

## MOTION TO CONTINUE TRIAL AND PRE-TRIAL MOTION DEADLINE

The undersigned, Benjamin Martinez, by and through undersigned counsel, having been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan For Prompt Disposition of Criminal Cases adopted by this Court, hereby requests a continuance of the date for trial.

Undersigned counsel and the defendant have not completed examination of the discovery in this case, and do not anticipate being prepared for trial on November 12, 2013. Discussions with the government concerning possible disposition short of trial have not be completed.

AUSA McDonough has stated to counsel that the government does not oppose a continuance of the trial date.

Undersigned counsel has re-scheduled total knee replacement surgery once, and the date currently set for that surgery is December 2, 2013. Because of the anticipated recovery time after surgery, the defendant respectfully requests the trial be scheduled