Motion GRANTED.
Change of plea
hearing is set for
8/6/14 at 1:30 p.m.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | No.  03:13-cr-00055-2 |
| | ) | Hon. Aleta Trauger |
| | ) | |
| **BENJAMIN MARTINEZ** | ) | |

## MOTION TO SET CHANGE OF PLEA HEARING

### AND

### TO PERMIT EARLY PRE-SENTENCE INVESTIGATION

The undersigned, Benjamin Martinez, by and through undersigned counsel, hereby advises the court of his intention to enter a plea of guilty pursuant to a plea agreement with the government.  Mr. Martinez requests the court to set the matter for a plea hearing.

Mr. Martinez, being in the same relative position as his father, defendant Benjamin Martinez-Gonzalez and defendant Victor Carranza, respectfully requests that the court permit the pre-sentence investigation process to begin, including authorization for the Probation Department to interview him.  This authorization will permit earlier sentencing and thus earlier movement of the defendant from pretrial to

/ /

/ /

/ /